UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **GOGA KHOMERIKI** | **CIVIL ACTION NO. 25-1711 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **ANGEL WOLFE ET AL** | **MAG. JUDGE PEREZ-MONTES** |

## ORDER

Before the Court is a Motion for Temporary Restraining Order (ECF No. 4). Because the preliminary relief sought—release from detention—mirrors the ultimate relief sought in the habeas Petition (ECF No. 1), and because the arguments for both are the same, the Motion is **DENIED**. *See Garcia-Aleman v. Thompson*, No. 5:25-CV-00886, ECF No. 20 (S.D. Tex. Oct. 30, 2025) (citing *Stines v. Superintendent,* No. 9:24-CV-456, 2025 WL 1448358, at *11 (N.D.N.Y. May 20, 2025); *Jimenez v. Decker,* No. 21-CV-880, 2021 WL 826752, at *11 (S.D.N.Y. Mar. 3, 2021); *Meade v. Spaulding*, No. 3:16-CV-2212, 2017 WL 3425181, at *2 (M.D. Pa. Aug. 9, 2017); and *Chambliss v. Ashcroft*, No. 3:04-CV-0298-D, 2004 WL 718998, at *2 (N.D. Tex. Apr. 1, 2004), *report and recommendation adopted*, 2005 WL 724206 (N.D. Tex. Mar. 30, 2005)). The case will proceed in due course before the Magistrate Judge.

**THUS DONE AND SIGNED** this 17th day of November, 2025.

_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE