UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

GOGA KHOMERIKI                        CIVIL ACTION NO. 25-1711 SEC P

VERSUS                                JUDGE EDWARDS

ANGEL WOLFE ET AL                     MAG. JUDGE PEREZ-MONTES

## JUDGMENT

Before the Court is the Report and Recommendation ("R&R") of the Magistrate Judge (R. Doc. 16), recommending that the Petition for Writ of Habeas Corpus filed by GOGA KHOMERIKI ("Khomeriki") be granted and that Khomeriki be released. The Respondents filed a Motion to Dismiss (R. Doc. 17) after the R&R was issued asserting that Khomeriki has been released and therefore the matter is moot. Having considered the entire record, and having determined that the dismissal of this action without prejudice is correct under the applicable law;

**IT IS HEREBY ORDERED** that the Motion to Dismiss filed by defendant ANGEL WOLFE ET AL (R. Doc. 17) is GRANTED and the Petition for Writ of Habeas Corpus filed by petitioner GOGA KHOMERIKI (R. Doc. 1) is **DISMISSED WITHOUT PREJUDICE.**

THUS ORDERED AND SIGNED in Chambers this 1st day of April, 2026.

_Jerry Edwards, Jr._

_____
**JUDGE JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT COURT**